

**ORDERED in the Southern District of Florida on July 10, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CERTIFIED, INC.,
GLOBAL BULLION TRADING GROUP,
INC., and WJS FUNDING, INC.,

    Debtors.
_____/

Chapter 7
Case Nos.  09-33115- RAM;
          09-33124- RAM; and
          09-33128- RAM

JOINTLY ADMINISTERED

## ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
## THIRD OMNIBUS OBJECTIONS TO CLAIMS

THIS CAUSE came before the Court upon consideration of the *Third Omnibus Objection to Claims* [D.E. 441] (the "Objection") filed on June 5, 2013 by Soneet Kapila, as Chapter 7 Trustee for the jointly administered bankruptcy estates of Certified, Inc. ("Certified"), Global Bullion Trading Group ("Global Bullion"), Inc. and WJS Funding, Inc. ("WJS Funding"), and Certificate of No Response or Objection to the same.  The Court, having considered the basis for

the Objection, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Trustee's Objection to Claim No. 110-1 filed by Prestige Assets Consulting, Inc. F/B/O Thomas & Pamela Meaker against Certified's bankruptcy estate is sustained, and the claim is therefore reclassified as a general unsecured claim in the sum of $57,000.00.

2. The Trustee's Objection to Claim No. 105-1 filed by Robert E. Zaranek against Certified's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $20,000.00.

3. The Trustee's Objection to Claim No. 178-1 filed by Roger Lee Rupp and Peggy Ann Rupp against Certified's bankruptcy estate is sustained, and the claim is therefore reclassified and allowed as a general unsecured claim in the sum of $53,000.00.

4. The Trustee's Objection to Claim No. 128-1 filed by Steven Jaenisch against Certified's bankruptcy estate is sustained, and the claim is therefore allowed only as a general unsecured claim in the sum of $9,000.00.

5. The Trustee's Objection to Claim No. 7-1 filed by Strategic Group, LLC against Certified's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $58,000.00.

6. The Trustee's Objection to Claim No. 192-1 filed by Susan Apte against Certified's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $473,150.00.

7. The Trustee's Objection to Claim No. 199-1 filed by William Fleck against Certified's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $52,300.00.

8. The Trustee's Objection to Claim No. 6-1 filed by David Taylor II against WJS Funding's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $28,723.84.

9. The Trustee's Objection to Claim No. 20-1 filed by Phillip L. Williams against Global Bullion's bankruptcy estate is sustained, and the claim is therefore allowed as a general unsecured claim in the sum of $2,960,186.89.

10. The Trustee's Objection to Claim No. 8-1 filed by Phillip L. Williams against WJS Funding's bankruptcy estate is sustained, and the claim is therefore stricken and disallowed in its entirety as being duplicative of Claim No. 20-1 filed against Global Bullion's bankruptcy estate.

# # #

Submitted by:

Carlos E. Sardi, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300

Copy to:

Carlos E. Sardi, Esq.
[Attorney Sardi is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt]