ORDERED in the Southern District of Florida on Oct. 16, 2015



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 09-33115 BKC-RAM

**CERTIFIED, INC.**
                                          Chapter 7

_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by **ADAMS & COHEN** on behalf of John M. Dexter and in accordance with the provisions of 28 U.S.C. 2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to John M. Dexter and, if applicable, the "funds locator" or attorney submitting the application, **ADAMS & COHEN**, the sum of $8,814.37 now held as unclaimed funds in the treasury for the original claimant John M. Dexter.

LF-29 (rev. 12/01/09)          Page 1 of 2

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

### 

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)