UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 09-33115-RAM
                                                                          Chapter 7
Certified, Inc.
        Debtor(s).
_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

The trustee has unclaimed funds of $57,025.00 remaining in the trustee's account which represents a check drawn with an unknown address to mail to entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.  The trustee has made a good faith effort to verify the correct mailing addresses for said entity; or

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: November 22, 2016

                                                  **/s/Soneet R. Kapila**
                                                  Soneet R. Kapila, Trustee
                                                  P.O. Box 14213
                                                  Fort Lauderdale, FL 33302
                                                  Phone: 954/761-8707
                                                  Fax: 954/761-1033

**Certified, Inc., Case No. 09-33115-RAM**
**Unclaimed Funds**

| Claim No. | Payee | Address | City | State | Zip | Distribution Amount |
|---|---|---|---|---|---|---|
| 3 | Paul Caccamo | 3607 Oaks Clubhouse Drive | Pompano Beach | FL | 33069 | 121.04 |
| 4 | Charles Keilers | 2518 Lindenwood Drive | San Angelo | TX | 76904 | 0.77 |
| 7 | KEVIN GNEITING | PO Box 390 | Rigby | ID | 83442 | 1,655.01 |
| 17 | Richard Wyse | 5546 Camino Al Norte, #2291 | North Las Vegas | NV | 89031 | 216.96 |
| 20 | Leslie M Haber | 8104 SW 206 Terrace | Miami | FL | 33189 | 28.53 |
| 25 | Randall K Lake | 910 Windmill Ranch Road | Spring Branch | TX | 78070 | 1,226.99 |
| 30 | David C. Meyer | 157 Center Avenue | Wheeling | IL | 60090 | 328.15 |
| 33 | Tempest Advisory Group | c/o Antony Potts 84 Baird Road, Pokeno RD1 | Franklin | New Zealand | 2471 | 4.13 |
| 34 | John Fleming | 2877 Lucky John Drive | Park City | UT | 84060 | 142.67 |
| 38 | Tempest Advisory Group | 14 Arcadia Cresent Glenfield | Auckland | New Zealand | | 227.39 |
| 39 | Michael Miller | 31 Sandy Drive | Stoney Creek | Ontario, Canada | L8E 4X5 | 16.10 |
| 42 | Rafael Escribens | Marqueses #165 Dpto 301 Surco | Lima | Peru | | 36.03 |
| 48 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO | 1000 Samoset Drive, DE5-023-03-03 | Newark | NJ | 19713 | 2.29 |
| 51 | Reno A. Vidot | 20 Rangiora Avenue | Palmerston North | New Zealand | 4414 | 1,133.33 |
| 53 | Miller Investor, LLC | 1001 Jerome Avenue, #2G | Bronx | NY | 10452 | 202.76 |
| 54 | Miguel Millian | 8860 SW 75th Street | Miami | FL | 33330 | 34.65 |
| 56 | Tempest Advisory Group | 180 Te Moana Road | Waikanae Kapiti Coast | New Zealand | | 4.57 |
| 57 | John R Friedrich II | 1577 Chase Road | Berlin | VT | 5602 | 57.75 |
| 59 | Marie Marshall | 1021 Knowlesville Road | Armond, New Brunswick | Canada | | 226.86 |
| 65 | Tempest Advisory Group | 18 Pokohiwi Road, Normandale | Lower Hutt | New Zealand | 5010 | 157.96 |
| 66 | BRUCE NAISH | 125 Sewell Street | Kaipoi 7630 | New Zealand | | 226.71 |
| 69 | Tempest Advisory Group | 18 Pokohiwi Road, Normandale | Lower Hutt | New Zealand | 5010 | 77.46 |
| 92 | Curtis Yeagle | 11768 NW 29th Court | Coral Springs | FL | 33065 | 20.79 |
| 99 | William R. Boyd | 703 Pine Street | Center | TX | 75930 | 142.67 |
| 107 | Glenn D. Kuhn | PO Box 720166 | Summit | UT | 84772 | 13.86 |
| 108 | Robert A Porter Jr | 8764 Mt. Pleasant Lndn Ct. | St. Michaels | MD | 21663 | 856.04 |
| 115 | Mitchell J Martin | 11746 Decatur Drive | Westminister | CO | 80234 | 285.35 |
| 117 | Harold D Green | 24646 Colonial Elm | Katy | TX | 77493 | 713.36 |
| 121 | GoldVest LLC | 1701 Pennsylvania Ave | Washington | DC | 20006 | 288.20 |
| 122 | GoldVest LLC | 1701 Pennsylvania Ave | Washington | DC | 20006 | 130.97 |
| 123 | GoldVest LLC | 1701 Pennsylvania Ave | Washington | DC | 20006 | 339.56 |

| # | Name | Address | City | State/Country | Zip | Amount |
|---|---|---|---|---|---|---|
| 124 | GoldVest LLC | 1701 Pennsylvania Ave | Washington | DC | 20006 | 21.54 |
| 125 | Heather Anne Runje | 5137 Ruby Street | Vancouver | BC Canada | | 242.48 |
| 127 | Whitfield, Charlene and Sean | 10509-95 Street | Morinville | AB Canada | T7R OA1 | 7.86 |
| 128 | Steven Jaenisch | PO Box 380 124 Iverson Ave | Ashby | MN | 56309 | 10.39 |
| 131 | Dallas L and Laura M Self | c/o Jones & Stephens, PC 970 Reserve Dr., #113 | Roseville | Canada | 95678 | 3,566.84 |
| 134 | George Maithonis | 1595 Los Osos Valley Road, #9C | Los Osos | CA | 93402 | 142.67 |
| 140 | Nil Enrique Romero Meza | 1322 Buttercup Court | Lawrenceville | GA | 30044 | 13.86 |
| 141 | Alejandro Jose Tovar | Parque Caron Tore A. Apto 6A | Puerto Ordaz | Venezuela | | 570.69 |
| 148 | Ira and Joyce Feldman | 2105 Willow Wren Drive | North Las Vegas | NV | 89084 | 713.36 |
| 165 | R. Dale Ernsberger | 25 Harbour Isle Dr. West PH03 | Ft. Pierce | FL | 34949 | 2,214.45 |
| 166 | Adams Family Revocable Trust | Bill T. Adams, Trustee 640 E. Edgewood Street | Springfield | MO | 65807 | 1,426.74 |
| 176 | Silvio Velandia | 999 Ponce De Leon Blvd, PH 1135 | Coral Gables | FL | 33134 | 281.59 |
| 188 | Marcia E. Burchard | 36 Tom Holder Road | Ranchos De Toas | NM | 94952 | 161.10 |
| 191 | James Wetmore | 36 Tom Holder Road | Ranchos De Toas | NM | 94952 | 1,426.74 |
| 195 | John M Dexter | PO Box 429 | Blue Springs | MO | 64013 | 4,993.58 |
| 196 | Dora E Dexter | PO Box 429 | Blue Springs | MO | 64013 | 2,653.73 |
| 197 | Laura A Dexter | PO Box 429 | Blue Springs | MO | 64013 | 3,994.86 |
| 200 | Terrence L Griffard | 1265 Marcus way | Grants Pass | OR | 97527 | 4,337.28 |
| 202 | Mariana Collet C | 2665 S. Bayshore Drive, Suite 810 | Coconut Grove | FL | 33133 | 1,141.39 |
| 203 | Barbara Lee Miller | 1590 Ramona Drive | Camarillo | CA | 93010 | 856.04 |
| 204 | Enrique M. Castells | 201 Golden Isles Drive | Hallandale | FL | 33009 | 713.36 |
| 205 | Marcos J Sosa | AV Intercomunal El Hatillo Res Piso 4, Apt. 42 | El Hatilb | Caracas, Venezuela | | 47.93 |
| 207 | Juan L Emmanuelli | Ship 8-1233, 2240 NW 14th Avenue, Suite SH | Miami | FL | 38172 | 57.75 |
| 208 | HKSHB International Business LLC | 1390 Brickell Ave., Suite 200 | Miami | FL | 33131 | 3,950.75 |
| 210 | Nadia Bazzi Bazzi | 4775 Collins Avenue, Apt. 4105 | Miami | FL | 33140 | 296.95 |
| 214 | Melvin F. Weinschiott | 968 Hwy 20 North | Worland | WY | 82401 | 92.40 |
| 216 | Joseph Annese Jr. | 3 Snake Road | Catskill | NY | 12414 | 24.32 |
| 217 | Michael J Buhrman | 500 Barber Drive | Coal City | IL | 60416 | 28.53 |
| 220 | Terry A. Halco | 5 Adams Terrace, #3 | Cambridge | MA | 21838 | 495.76 |
| 221 | Mahmood Jeewa | 77 High Meadows | Wolverhampton | Canada | WV6 8PP | 117.39 |
| 223 | Antonio Briceno | 13751 NE Miami Court | Miami | FL | 33161 | 713.36 |

| ID | Name | Address | City | State/Region | Postal | Amount |
|---|---|---|---|---|---|---|
| 230 | Waldemar and Olga Scharton | 451 Wallace Road | Kelowna | BC Canada | V1X7M8 | 5,515.85 |
| 135-2 | Fernando Rios | PO Box 3574 | Greenville | SC | 27836 | 330.50 |
| 198-2 | Pro-Fit Insulation Ltd | 32500 S. Fraser Way #101, Unit 153 | Abboroford | BC Canada | V2T 4WI | 1,628.17 |
| 36-2 | Sergio A Cornejo | 682 Plum Ck | Ogden | UT | 84404 | 28.87 |
| GBT13 | Blanca Reyes | 11201 NW 89th Street, Apt. 109 | Doral | FL | 33178 | 2,853.48 |
| GBT14 | Iris Quiros | 11201 NW 89th Street, Apt. 109 | Doral | FL | 33178 | 2,404.05 |
| GBT3U-2 | Internal Revenue Service | PO Box 21126 | Philadelphia | PA | 19114 | 29.48 |
| | | | | | | **$57,025.00** |